IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEEN DUNN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 16-5320 |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

**ORDER**

WENDY BEETLESTONE, J.,

AND NOW, this 25th day of April, 2017, upon consideration of the Plaintiff's Request for Review and the Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is DENIED.

BY THE COURT:

WENDY BEETLESTONE, J.

FILED APR 25 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

---

[1] On January 23, 2017, Carolyn W. Colvin was succeeded by Nancy A. Berryhill as the Acting Commissioner of the Social Security Administration. See http://www.lb7.uscourts.gov/documents/15-1210.pdf (last visited March 23, 2017). Accordingly, pursuant to Fed. R. Civ. P. 25(d), she is substituted as the named Defendant in this action.